UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 11-cr-306 (EGS) |
| PEDRO ALEJANDRO RUBIO PÉREZ, Defendant. | |

JOINT STATUS REPORT

On October 8, 2020, the Court ordered the parties to submit this status report and inform whether the defendant, Pedro Rubio Pérez, consents to proceed to a sentencing hearing via Video Teleconference (VTC) or by Teleconference (TC) if VTC would not be reasonably available.

The defense advises the Court that Mr. Rubio Pérez prefers to conduct his sentencing in-person. However, given the difficulties presented by the COVID-19 pandemic and continued delay of his sentencing hearing, he advises the Court that he is agreeable and consents to conduct this hearing via VTC or TC. See *In Re: Second Extension of Authorization for Use of Video Teleconferencing and Teleconferencing for Certain Criminal and Juvenile Delinquency Proceedings*, Standing Order No. 20-75 (BAH) (Sept. 23, 2020).

Accordingly, the parties respectfully submit to the Court the following proposed date-range within which to schedule a sentencing hearing, whether that hearing be in-person, or via VTC or TC:

1

   Monday – Friday, January 11-15, 2021

   Tuesday – Friday, January 19-22, 2021 (MLK holiday excluded)

   Monday – Friday, January 25-29, 2021

Respectfully submitted,

| RETURETA & WASSEM, P.L.L.C. | Arthur G. Wyatt,<br>Chief, Narcotic & Dangerous<br> Drug Section,<br>Criminal Division,<br>U.S. Department of Justice |
|---|---|
| /s/<br>_____<br>Manuel J. Retureta, Esq.<br>Washington, D.C. Bar #430006<br>300 New Jersey Avenue, NW<br>Suite 900<br>Washington, D.C. 20001 | /s/<br>_____<br>Kate M. Naseef<br>Paul W. Laymon<br>Narcotic and Dangerous<br> Drug Section<br>U.S. Department of Justice<br>145 N Street, Northeast<br>Washington, D.C. 20530 |