UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.:  11-cr-306 (EGS) |
| PEDRO ALEJANDRO RUBIO PÉREZ,<br>            Defendant. | |

*CONSENT* MOTION TO EXTEND SUPPLEMENTAL
SENTENCE PLEADING FILING DATES

COMES NOW DEFENDANT, Pedro Rubio Pérez, by and through undersigned counsel, and respectfully submits this motion to extend the filing date of defendant's supplemental sentencing memorandum, and any government response thereto.  This motion is filed with the consent of government counsel.

By minute order dated March 26, 2021, the Court ordered defense supplemental sentence pleadings filed no later than Friday, April 16, 2021, and any government response filed no later than Friday, April 30, 2021.  Undersigned counsel respectfully requests that the Court extend the two referenced dates to Monday, April 19, 2021, for defense filing, and Monday, May 3, 2021, for government filing.  The basis for the request is the adverse impact of the second Covid vaccine on defense counsel.

WHEREFORE, Mr. Rubio Pérez respectfully requests that the Court modify the previous briefing schedule as follows:

Defense supplemental sentence memorandum:         Due April 19, 2021

Government response to defense supplement:	Due May 3, 2021

Defense reply to government response:	Due May 7, 2021

Filed this 15th day of April, 2021.

Respectfully submitted,
RETURETA & WASSEM, P.L.L.C.

By:_____
Manuel J. Retureta, Esq.
Washington, D.C. Bar #430006
300 New Jersey Ave., NW, Suite 900
Washington, D.C.  20001
202.450.6119

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via ECF filing on this 15th day of April, 2021.

By:_____
Manuel J. Retureta, Esq.