UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No.: 11-cr-306 (EGS) |
| **PEDRO ALEJANDRO RUBIO PÉREZ,** **Defendant.** | |

## PROPOSED SCHEDULE FOR SENTENCING HEARING

The United States, by and through undersigned counsel, respectfully proposes the following dates for a sentencing hearing, pursuant to the order of April 14, 2022. This report is made with the consent of the Defendant. The following dates, at any time, are acceptable to the parties: May 24, May 25, or May 26.

Respectfully submitted this 21st day of April 2022.

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:    /s/_____
Kate Naseef, Trial Attorney
United States Department of Justice
Narcotic and Dangerous Drug Section
145 N Street, Northeast
East Wing, Second Floor
Washington, D.C. 20530
Kate.Naseef@usdoj.gov
(202) 514-0917

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Motion for Pretrial Detention was filed on April 21, 2022, via ECF. I further certify that the Government has also provided a copy of this motion to defense counsel of record, Manuel Returerta , Esq, via e-mail.

By:     /s/
Kate Naseef
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice