UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>PEDRO ALEJANDRO RUBIO-PEREZ,  )<br>)<br>Defendant.                                    )<br>) | CRIMINAL NO.: 11-306 (EGS) |

## GOVERNMENT'S MOTION REQUESTING ACCESS TO SEALED DOCKET

The undersigned counsel for the United States of America requests the Court direct the Clerk of Court to provide to the United States a copy of the Sealed Docket Report regarding the above-referenced case. Undersigned counsel requests access to the sealed docket report to review the case.

The undersigned counsel also requests that the Court direct the Clerk of Court to provide to the United States a copy any filing that might aid Government counsel with their review.

ARTHUR G. WYATT, Chief
Criminal Division
Narcotic and Dangerous Drug Section

By:    /s/
Kate Naseef
Trial Attorney
Criminal Division
United States Department of Justice
Narcotic and Dangerous Drug Section
145 N Street Northeast
Washington, D.C. 20530
Tel: (202) 353-8810
Email: Kate.Naseef@usdoj.gov